THE CHANUTE WINDOW GLASS COMPANY, *Appellee*, v. W. A. PIERCE et al. (W. A. PIERCE, *Appellant*).

No. 17,533.

### HEADNOTE BY THE REPORTER.

EVIDENCE—*Carbon Copy of Letter—Original.* A carbon impression of a letter written on a typewriter with the same stroke of the keys as the companion impression is an original, and either impression is primary evidence of the contents of the letter.

Appeal from Neosho district court. Opinion filed July 6, 1912. Affirmed.

*T. F. Morrison,* of Chanute, and *D. R. Hite,* of Topeka, for the appellant.

*H. P. Farrelly,* and *T. R. Evans,* both of Chanute, for the appellee.

*Per Curiam:* The district court properly construed the written instruments which state the engagements of the parties. The defendant desired to develop the gas resources of his land and the plaintiff loaned him money to do so, agreeing to accept payment in gas. But the defendant agreed to prosecute development work by drilling additional wells whenever the requirements of the plaintiff demanded. The requirements of the plaintiff demanded additional wells, the defendant failed to drill them, gas was not produced and sold according to the contract, and the note ma-

tured under the provisions of the supplemental agreement.

It is not necessary to discuss the assignments of error *seriatim.*

Even if the third finding of fact be based upon an erroneous computation the validity of the conclusion of law is not affected. A carbon impression of a letter written on a typewriter, made with the same stroke of the keys as the companion impression, is an original. It is not material which one is mailed and which one retained by the writer and either one may be offered as primary evidence of the contents of the letter.

The judgment of the district court is affirmed.